| | |
|---|---|
| 1 | Rod Danielson |
| 2 | Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501 |
| 3 | Tel. (951) 826-8000, Fax (951) 826-8090 |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To: Clerk, U.S. Bankruptcy Court

Re: UNDISTRIBUTED FUNDS

Case No.: 6:18-bk-20182-SY

Debtor(s): RICARDO MICHEL
4578 SUNNYSIDE DR
RIVERSIDE, CA 92506

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| RICARDO MICHEL<br>4578 SUNNYSIDE DR.<br>RIVERSIDE, CA 92506 | $2,085.04 |

Dated: 7/2/19

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000

RICARDO MICHEL

CASE: 6:18-bk-20182-SY
BALANCE: [0.00 Claim:00000]
ACCT:
PRINCIPAL: 2,085.04
INTEREST: 0.00

90-4280
1220

ABB AMERICAN BUSINESS BANK
400 S. Hope St., Suite 300
Los Angeles, CA 90071
(213) 430-4000

| CHECK NUMBER |
| --- |
| 0649865 |

| CHECK DATE | AMOUNT |
| --- | --- |
| Jul 02, 2019 | ******2,085.04** |

VOID 45 DAYS FROM DATE

**PAY** Two Thousand Eighty Five And 04 / 100 Dollars

**TO THE ORDER OF**
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

0649865

Rod Danielson

⑃"0649865"⑃ ⑃:122042807⑃: 05198500⑃"

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

**ROD DANIELSON, Chapter 13 Trustee**
Payee: US BANKRUPTCY COURT

Check #.: **0649865**
Date: Jul 02, 2019

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
| --- | --- | --- | --- | --- | --- | --- |
| 1820182 | RICARDO MICHEL | | 00000 | 2,085.04 | 0.00 | 2,085.04 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT

TOTALS: 2,085.04 0.00 2,085.04